IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:13CR00003-1 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| JOHNNIE EDWARD BANKS, JR., | ) | |
| | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice, and the clerk will **STRIKE** the action from the active docket of the court. Based upon my finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 14th day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE